MALE *v.* SQUARE DEAL CARTAGE CO.

AUTOMOBILES—NEGLIGENCE—WRONG SIDE OF ROAD.
> Defendant truck owner *held*, liable for damages sustained by plaintiff, driving on his right side of street, where defendant gave no reason for truck driver driving truck on wrong side of street and crashing plaintiff's car.

Appeal from Wayne; Toms (Robert M.), J. Submitted April 16, 1936. (Docket No. 119, Calendar No. 38,903.) Decided June 16, 1936.

Case by Asa Male against Square Deal Cartage Company, a corporation, for damages sustained in a collision between truck and passenger car. Judgment for plaintiff. Defendant appeals. Affirmed.

*Dennis H. Dwyer* (*Vandeveer & Vandeveer,* of counsel), for plaintiff.

*Edward N. Barnard,* for defendant.

FEAD, J.   While plaintiff was driving westerly on the right side of Michigan avenue in Dearborn and when he had crossed Military avenue, defendant's truck, driven easterly by its servant, crossed the street and crashed into plaintiff's car. Defendant offered no testimony of the reason for its truck being on the wrong side of the street. The court held defendant guilty of negligence and entered judgment for plaintiff.

Affirmed, with costs.

NORTH, C. J., and WIEST, BUTZEL, BUSHNELL, EDWARD M. SHARPE, and TOY, JJ., concurred. POTTER, J., took no part in this decision.